IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE NORTH RIVER INSURANCE COMPANY, | § § § | |
| Plaintiff | § § § | |
| v. | § § | Civil Action No. 3:17-CV-1535 |
| BARRY L. DILLINGHAM INVESTMENTS, INC. d/b/a SOUTHERN SALES, AND TALISHA MCFAIL, | § § § § § § | |
| Defendants | § § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff The North River Insurance Company submits this Agreed Stipulation of Dismissal with Prejudice of all claims and causes of action against Defendants Barry L. Dillingham Investments, Inc. d/b/a Southern Sales and Talisha McFail, with the parties to bear their own costs, attorneys' fees and expenses.

WHEREFORE, Defendant The North River Insurance Company requests that all claims asserted in this lawsuit be dismissed with prejudice and that each party bear its own costs, attorneys' fees and expenses.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By:  /s/ Christopher H. Avery
BRIAN S. MARTIN, Attorney-In-Charge
Texas State Bar No.: 13055350
E-Mail: bmartin@thompsoncoe.com
CYRUS W. HARALSON
State Bar No. 24065371
E-mail: charalson@thompsoncoe.com

1

6422870v1
05060.922

        Christopher H. Avery
        State Bar No. 24069321
        *E-mail: [cavery@thompsoncoe.com](mailto:cavery@thompsoncoe.com)*

One Riverway, Suite 1400
Houston, Texas   77056-1988
(713) 403-8282  Telephone
(713) 403-8299  Facsimile

**LOCAL COUNSEL:**
RHONDA J. THOMPSON
Texas State Bar No.  24029862
*E-mail:  rthompson@thompsoncoe.com*
700 North Pearl Street
Twenty-Fifth Floor - Plaza of the Americas
Dallas, Texas 75201
(214) 871-8273 Telephone
(214) 871-8209 Facsimile

**COUNSEL FOR PLAINTIFF
THE NORTH RIVER INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 14th day of November, 2018, a true and correct copy of this instrument was forwarded to all known counsel of record using the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules.

| | |
|---|---|
| Linda M. Dedman<br>DEDMAN LAW, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, Texas 75230<br>214-361-8885 │ 214-363-4902 (*fax*)<br>Ldedman@coveragelawdallas.com<br>***Attorney for Defendant Barry L. Dillingham***<br>***Investments, Inc., d/b/a Southern Sales*** | Nuru L. Witherspoon<br>Clara H. Saafir<br>THE WITHERSPOON LAW GROUP, PLLC<br>1717 McKinney Avenue, Suite 700<br>Dallas, Texas 7502<br>(214) 773-1133<br>Witherspoon@twlglawyers.com<br>Saafir@twlglawyers.com<br>***Attorneys for Talisha Mcfail on Behalf of***<br>***T.L., a Minor Child*** |
| Chad Pinkerton<br>Benjamin R. Roberts<br>THE PINKERTON LAW FIRM, PLLC<br>Texas Bar No. 24068038<br>5020 Montrose Blvd., Suite 550<br>Houston, Texas 77006<br>713-360-6722 │ 713-360-6810 (*fax*)<br>Cpinkerton@chadpinkerton.com<br>Broberts@chadpinkerton.com<br>***Attorneys for Bobby Luckey, Sr.*** | Charles Bennett<br>TED B. LYON & ASSOCIATES<br>18601 Lyndon B. Johnson Freeway, Suite 525<br>Town East Tower<br>Mesquite, Texas 75150<br>Cbennett@tedlyon.com<br>972-279-6571 │ 972-279-3021(*fax*)<br>***Attorneys for Bobby Luckey, Sr.*** |

                /s/ *Christopher H. Avery*
                Christopher H. Avery

6422870v1
05060.922